O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-00180 AHM (RZx) | Date | April 22, 2009 |
|---|---|---|---|
| Title | CENTER CAPITAL CORPORATION v. MAXIMUM ENGINEERING, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:                Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

Plaintiff Center Capital Corporation alleges that Defendant Maximum Engineering, Inc. defaulted on a loan that the latter took out in order to finance the purchase of a piece of equipment, a Hogzilla Tub Grinder. The Tub Grinder was collateral for the loan. Plaintiff has filed a Motion for Replevin seeking return of the Tub Grinder. However, the parties report that Maximum Engineering, Inc. "has filed for bankruptcy and that shall affect the replevin claim." (Joint Rule 26(f) Report at 2.) The parties apparently recognize that an automatic stay is in place that prevents the Court from granting the equitable relief of replevin. The Motion for Replevin is DENIED without prejudice.[1]

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

_____ : _____

Initials of Preparer                SMO

---

[1]Docket No. 22.