BARRY W. FERNS, Esq., State Bar #76381
FERNS, ADAMS & ASSOCIATES
A Professional Corporation
2815 Mitchell Drive, Suite 210
Walnut Creek, CA 94598
(925) 927-3401
bferns@fernslaw.com

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

Attorneys for Plaintiff

IN THE UNITED STATED DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTER CAPITAL CORPORATION, | CASE NO. CV 09-0180 AHM (Rzx) |
| | Judgment Order |
| Plaintiff, | Hon. Judge A. Howard Matz |
| v. | |
| MAXIMUM ENGINEERING, INC., JOHN PETERS and GEORGE C. GAMBOA, | |
| Defendants. | |

## **JUDGMENT ORDER**

This matter coming before the Court on Plaintiff, Center Capital Corporation's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56

against Defendants JOHN PETERS and GEORGE C. GAMBOA, this Court having reviewed the submissions, legal memoranda and affidavits on file and being duly advised in the premises hereby ORDERS:

That Center Capital Corporation's Motion for Summary Judgment is GRANTED; judgment is hereby entered against John Peters and George Gamboa, jointly and severally, in the amount of $229,602.22, plus attorney fees and costs.

So Ordered this 29th Day of October, 2009.

JS-6

_____
Honorable District Judge Howard Matz